Adam P. Segal, Esq.
Nevada Bar No. 6120
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST,<br><br>                    Plaintiffs,<br>vs.<br><br>GRASSWOOD PARTNERS, INC., a California corporation; DALE STEVENS, an individual; ANNE STEVENS, an individual; OLD GLORY ASSET MANAGEMENT, LLC., a Pennsylvania limited liability corporation; OPTIQUE CAPITAL MANAGEMENT, INC., a Wisconsin corporation,<br><br>                    Defendants. | Case No. 2:11-cv-00044<br><br><br><br><br><br>**MOTION FOR PERMISSION TO FILE COMPLAINT UNDER SEAL** |

The Trustees of the Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Pension Trust ("Trustees") request permission, pursuant to Federal Rule of Civil Procedure 5.2(d), to file their Complaint (Docket No. 1). The Complaint against Defendants contains information regarding one Defendant, Old Glory Asset Management, LLC, that is confidential

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106-4614
(702) 382-2101

1    under the terms of its contract with the Plaintiffs, and should not be made available to the public.

2

3    Dated: January 11, 2011         BROWNSTEIN HYATT FARBER SCHRECK, LLP

4                     /s/ Adam P. Segal

5                   Adam P. Segal, Esq.
                    Nevada Bar No. 6120

6                   BROWNSTEIN HYATT FARBER SCHRECK, LLP
                    100 North City Parkway, Suite 1600

7                   Las Vegas, Nevada 89106-4614
                    Telephone:  (702) 382-2101

8                   Facsimile:    (702) 382-8135

9                   Attorneys for Plaintiffs

10

11    **IT IS SO ORDERED.**

12

13

14    **CHIEF UNITED STATES DISTRICT JUDGE**

15    **DATED:  March 2, 2011**

16

17

18

19

20

21

22

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106-4614
(702) 382-2101