# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST,

      Plaintiff(s),

vs.

GRASSWOOD PARTNERS, INC., *et al.*,

      Defendant(s).

Case No. 2:11-cv-44-RLH-RJJ

**O R D E R**
(Motion to File Amended Complaint–#33)

The Court having reviewed Plaintiff's Motion for Leave to File First Amended Complaint (#33, filed August 16, 2011), there having been no opposition filed thereto, and the Motion having merit,

IT IS HEREBY ORDERED that the Motion for Leave to File First Amended Complaint is granted.

IT IS FURTHER ORDERED that the proposed First Amended Complaint attached to the Motion shall be removed by the Clerk of Court and filed as a separate document.

IT IS FURTHER ORDERED that Plaintiff's shall serve the First Amended Complaint as required by the Federal Rules of Civil Procedure.

Dated: September 12, 2011.

_____
Roger L. Hunt
**United States District Judge**