Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>GRASSWOOD PARTNERS, INC., a California corporation; DALE STEVENS, an individual; ANNE STEVENS, an individual; OLD GLORY ASSET MANAGEMENT, LLC., a Pennsylvania limited liability corporation; OPTIQUE CAPITAL MANAGEMENT, INC., a Wisconsin corporation; MESSNER & SMITH THEME/VALUE INVESTMENT MANAGEMENT, LTD., a California corporation, MESSNER & SMITH, L.L.C., a California limited liability company, MESSNER AND SMITH SMALL/MID PARTNERS, L.P., a California limited partnership, and MESSNER SMITH & ASSOCIATES, LLC, a California limited liability company<br><br>Defendants. | Case No. 2:11-cv-00044-RLH-RJJ<br><br>**MOTION TO SET ASIDE DEFAULTS AGAINST DEFENDANTS MESSNER & SMITH THEME/VALUE INVESTMENT MANAGEMENT, LTD, MESSNER & SMITH, L.L.C., MESSNER AND SMITH SMALL/MID PARTNERS, L.P, AND MESSNER SMITH & ASSOCIATES, LLC** |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106-4614
(702) 382-2101

Pursuant to Federal Rule of Civil Procedure 55(c), Plaintiffs, the Trustees of the Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Pension Trust; Trustees of the Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Wage Disability Trust; and Trustees of the Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Apprentice and Journeyman Training and Education Trust (collectively referred to as "Trust Funds") move the Court to set aside the Defaults entered against Defendants, Messner & Smith Theme/Value Investment Management, LTD., a California corporation, Messner & Smith, L.L.C., a California limited liability company, Messner and Smith Small/Mid Partners, L.P., a California limited partnership, and Messner Smith & Associates, LLC, a California limited liability company (collectively operating as a single unit and referred to herein as "M&S").

///

///

///

///

///

M&S filed its Answer on October 21, 2011.[1] The Clerk entered the Defaults on the same day.[2] Plaintiffs' request the Court to enter an Order setting aside these Defaults, as it is clear M&S intends to defend this action.

Further, in light of M&S's late entry into the case, Plaintiffs request that the Court direct the parties to confer regarding a new discovery schedule resetting the current deadlines to accommodate this development.

Dated: October 26, 2011          BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Aaron Fricke
Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

_____
United States District Judge

Dated:   November 15, 2011

---

[1] ECF No. 54
[2] ECF No. 55

20038\21\1602321.2                          3

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and that on this 26th day of October, 2011, I served a true copy of the foregoing **MOTION TO SET ASIDE DEFAULTS AGAINST DEFENDANTS MESSNER & SMITH THEME/VALUE INVESTMENT MANAGEMENT, LTD, MESSNER & SMITH, L.L.C., MESSNER AND SMITH SMALL/MID PARTNERS, L.P, AND MESSNER SMITH & ASSOCIATES, LLC** upon:

Jeffrey D. Olster
Adam J. Pernsteiner
Lewis Brisbois Bisgaard & Smith, LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Old Glory Asset Management, LLC*

Rachel Bickle-Stone
Fox Rothschild
3800 Howard Hughes Pkwy., Suite 500
Las Vegas, Nevada 89169
*Attorneys for Optique Capital Management, Inc.*

Howard Flaxman
Fox Rothschild
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103
*Attorneys for Optique Capital Management, Inc.*

Shawn R. Perez
Law Office of Shawn R. Perez
633 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Grasswood Partners, Inc., Dale Stevens and Anne Stevens*

Dennis L. Kennedy, Esq.
Sarah E. Harmon, Esq.
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
*Attorney for Defendants Messner & Smith Theme/Value Investment Management, LTD., Messner & Smith, L.L.C., Messner and Smith Small/Mid Partners, L.P., and Messner Smith & Associates, LLC*

☒  a. **BY CM/ECF System**

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Ebony Davis
An Employee of Brownstein Hyatt Farber Schreck, LLP

20038\21\1602321.2

4